FILED
JAN 27 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **4:21CR00067 RLW/NCC** |
| | ) | |
| v. | ) No. | |
| | ) | |
| CEVONE WEEDEN, and | ) Ct. I, II | |
| HERSCHELL PERKINS | ) Ct. II | |
| | ) | |
| Defendant. | | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Beginning at an exact time unknown to the Grand Jury, but including August of 2020 and through the date of this Indictment, within the Eastern District of Missouri and elsewhere,

**CEVONE WEEDEN,**

the defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with one or more other persons known and unknown to the Grand Jury to commit the following offenses against the United States: to distribute and possess, with the intent to distribute, controlled substances, including but not limited to a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### COUNT II

The Grand Jury further charges that:

On or about August 20, 2020, in the City of St. Louis and within the Eastern District of Missouri,

**CEVONE WEEDEN and**
**HERSCHELL PERKINS,**

the defendants herein, acting together and with others, known and unknown, did knowingly possess one or more firearms in furtherance of the commission of a drug trafficking crime which may be prosecuted in a court of the United States, to wit: conspiracy to distribute and possess, with the intent to distribute, controlled substances, including but not limited to fentanyl, as charged in Count I herein, and in the course of such violation caused the death of Joel Phillips through the use of one or more firearms.

In violation of Title 18, United States Code, Sections 2, 924(c)(1)(A), and 924(j).

And in the course of this violation caused the death of a person through the use of a firearm, which killing is murder as defined in Title 18, United States Code, Section 1111, in that the defendants, acting together and with others, with malice aforethought, unlawfully killed Joel Phillips, by shooting him with one or more firearms, willfully, deliberately, maliciously, and with premeditation, thereby making this offense punishable under Title 18, United States Code, Sections 2 and 924(j).

**FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1.  Pursuant to Title 21, United States Code, Sections 853(a), upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1) or 846, as set forth in Count I, the defendants shall forfeit to the United States of America any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

2.      Subject to forfeiture is a sum of money equal to the total value of any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violation set forth in Count I.

3.      Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 924, as set forth in Count II, the defendants shall forfeit to the United States of America any firearm or ammunition involved in or used or intended to be used in said violation.

4.      If any of the property described above, as a result of any act or omission of the defendants:

   a.  cannot be located upon the exercise of due diligence;
   b.  has been transferred or sold to, or deposited with, a third party;
   c.  has been placed beyond the jurisdiction of the court;
   d.  has been substantially diminished in value; or
   e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p)

A TRUE BILL.


_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney


_____
GEOFFREY S. OGDEN, #66930MO
Assistant United States Attorney